# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**NED COMER,** *et al.*                                                                                      **PLAINTIFFS**

v.            **CIVIL ACTION NO. 1:05-CV-0436-LTS-RHW**

**MURPHY OIL, U.S.A.,** *et al.*                                                             **DEFENDANTS**

## ORDER

THIS CAUSE comes before the Court on the Agreed Motion to Dismiss Defendant Dominion Resources, Inc. without prejudice and with each party to bear its respective costs, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, filed by the Plaintiffs and Defendant Dominion Resources, Inc.  After due consideration of the record, the pleadings, and being otherwise duly advised in the premises, the Court finds that said motion is well taken and should be granted.  It is therefore,

ORDERED AND ADJUDGED that the Agreed Motion to Dismiss Dominion Resources, Inc. be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that Dominion Resources, Inc. be, and is hereby, dismissed without prejudice and with each party to bear its respective costs.

SO ORDERED AND ADJUDGED this the 24th day of July, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge