**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**NED COMER, et al.**                                                     **PLAINTIFFS**

**VS.**                                                        **NO. 1:05cv436LTS-RHW**

**MURPHY OIL USA, INC., et al.**                                   **DEFENDANTS**

## ORDER

Considering the foregoing motion [102], it is hereby ordered that the Plaintiffs' Motion for the Voluntary Dismissal of Defendant Mirant Corp. with prejudice be and hereby is granted.

Done this 7th day of August, 2006, at Gulfport, Mississippi.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge