UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| NED COMER, BRENDA COMER, ERIC HAYGOOD, BRENDA HAYGOOD, LARRY HUNTER, SANDRA L. HUNTER, MITCHELL KISIELEWSKI, JOHANNA KISIELEWSKI, ELLIOTT ROUMAIN, ROSEMARY ROUMAIN, JUDY OLSON AND DAVID LAIN | Case No.: 1:05-cv-00436-LG-RHW  Judge Louis Guirola, Jr. |
| Plaintiffs, | Magistrate Judge Walker |
| vs. | |
| AES CORP., ALLEGHENY ENERGY INC., ALLIANCE RESOURCE PARTNERS LP, ALPHA NATURAL RESOURCES INC., ARCH COAL, INC., BP AMERICA PRODUCTION COMPANY, BP PRODUCTS NORTH AMERICA INC., CONSOL ENERGY INC., CHEVRON U.S.A. INC., CINERGY CORP., CONOCOPHILLIPS COMPANY, DUKE ENERGY CORP., E.ON AG, EI DUPONT DE NEMOURS & CO., ENTERGY CORP., EXXONMOBIL CORPORATION, FPL GROUP INC., FIRSTENERGY CORP., FOUNDATION COAL HOLDINGS, INC., HONEYWELL INTERNATIONAL, INC., INTERNATIONAL COAL GROUP, INC., MASSEY ENERGY CO., MURPHY OIL, U.S.A., NATURAL RESOURCE PARTNERS LP, PEABODY ENERGY CORP., RELIANT ENERGY INC., SHELL OIL COMPANY, TENNESSEE VALLEY AUTHORITY, THE AMERICAN PETROLEUM INSTITUTE, THE DOW CHEMICAL COMPANY, UNIVERSAL OIL PRODUCTS (UOP), WESTMORELAND COAL CO., AND XCEL ENERGY INC. | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that NED COMER, BRENDA COMER, ERIC HAYGOOD, BRENDA HAYGOOD, LARRY HUNTER, SANDRA L. HUNTER, MITCHELL KISIELEWSKI, JOHANNA KISIELEWSKI, ELLIOTT ROUMAIN, ROSEMARY

1

ROUMAIN, JUDY OLSON and DAVID LAIN, Plaintiffs in the above-captioned matter hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's 30 August 2007 Order granting the Motions to Dismiss filed by Defendants Alliance Resource Partners, L.P., Alpha Natural Resources, Inc., Arch Coal, Inc., CONSOL Energy Inc., Foundation Coal Holdings, Inc., International Coal Group, Inc., Massey Energy Company, Natural Resource Partners L.P., Peabody Energy Corporation, Westmoreland Coal Company, and joined by Defendants, Allegheny Energy Corp., Entergy Corp., and Reliant Energy Corp. (Rec. Doc. 368) as well as the Judgment dismissing Plaintiffs' claims with prejudice against Defendants AES Corp., Allegheny Energy Inc., Alliance Resource Partners LP, Alpha Natural Resources Inc., Arch Coal, Inc., BP America Production Company, BP Products North America Inc., CONSOL Energy Inc., Chevron U.S.A. Inc., Cinergy Corp., ConocoPhillips Company, Duke Energy Corp., E.ON AG, EI DuPont de Nemours & Co., Entergy Corp., ExxonMobil Corporation, FPL Group Inc., Firstenergy Corp., Foundation Coal Holdings, Inc., Honeywell International, Inc., International Coal Group, Inc., Massey Energy Co., Murphy Oil, U.S.A., Natural Resource Partners LP, Peabody Energy Corp., Reliant Energy Inc., Shell Oil Company, Tennessee Valley Authority, The American Petroleum Institute, The Dow Chemical Company, Universal Oil Products (UOP), Westmoreland Coal Co., and Xcel Energy Inc. (Rec. Doc. 369).

        Respectfully submitted,

        F. GERALD MAPLES, P.A.

/s/ F. Gerald Maples
F. Gerald Maples (MS Bar #1860)
   federal@geraldmaples.com
Stephen M. Wiles (*pro hac vice*: 44113)
   smwiles@fgmapleslaw.com
Carlos A. Zelaya, II (*pro hac vice*: 44645)
   czelaya@fgmapleslaw.com
Alexander J. Williamson (*pro hac vice*: 44986)

2

>	awilliamson@fgmapleslaw.com
>	902 Julia Street
>	New Orleans, Louisiana 70113
>	Telephone: (504) 569-8732
>	Facsimile:  (504) 525-6932
>
>	Timothy W. Porter (MSB No: 9687)
>	    tim@portermalouf.com
>	PORTER & MALOUF
>	825 Ridgewood Rd
>	Ridgeland MS 39157
>	Telephone: (601) 957-1173
>	Facsimile:  (601) 957-7366
>
>	Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 17th day of September, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to the following:

ECF PARTIES:
Kenneth W. Barton   ken.barton@butlersnow.com
P. Ryan Beckett    ryan.beckett@butlersnow.com
Raymond L. Brown   rlb@brownbuchanan.com
Thomas L. Carpenter, Jr.   tlc@carrallison.com, slh@carrallison.com
Yue-Han Chow - PHV    Yue-Han_Chow@aporter.com
John G. Corlew   jcorlew@watkinseager.com
John K. Etter - PHV   jke@rodneylaw.com
Thomas E. Fennell - PHV   tefennell@jonesday.com
J. Gordon Flowers    gflowers@ghnlaw.com
Richard L. Forman   rforman@fpwk.com
Mark W. Garriga   mark.garriga@butlersnow.com
James Earl Graves , III    jeg@wisecarter.com
Norman G. Hortman, Jr.   ghortman@hortmanharlow.com
Sarah E. Iiams   siiams@abbott-simses.com
Mary S. Johnson - PHV   msj@JGMcLaw.com
Robert A. Long- rlong@con.com
William B. Lovett, Jr.    wbl@wisecarter.com
Ryan O. Luminais   rluminais@brunini.com
Jonathan L. Marsh - PHV   jlmarsh@kslaw.com
David L. Martindale   dmartindale@hortmanharlow.com
Shellye V. McDonald     svm@frslaw.com, jjs@frslaw.com
Thomas M. McNamara - PHV   tmm@JGMcLaw.com
Robert B. McNeal - PHV   rmcneal@frilotpartridge.com

Nancy G. Milburn - PHV    nancy.milburn@aporter.com
Kerry J. Miller - PHV   KMiller@frilotpartridge.com
Michael R. Phillips – PHV   mphillips@frilotpartridge.com
Tracie J. Renfroe - PHV   trenfroe@kslaw.com,
Michael L. Rice - PHV   mlrice@jonesday.com
Kevin P. Holewinski   kpholewinski@jonesday.com
Roy J. Rodney, Jr. - PHV   rjr@rodneylaw.com
Tracy A. Roman - PHV   troman@crowell.com
Richard P. Salloum    rps@frslaw.com, silica@frslaw.com
Edwin W. Small    ewsmall@tva.gov, ogcecffiles@tva.gov; hacooper@tva.gov
Katherine K. Smith    ksmith@watkinseager.com, aprisock@watkinseager.com
Kathleen Taylor Sooy - PHV   ksooy@crowell.com
Benjamin McRae Watson    ben.watson@butlersnow.com
William L. Watt   lwatt@brunini.com,
John G. Wheeler    jwheeler@mitchellmcnutt.com
Scott L. Winkelman - PHV   swinkelman@crowell.com
Daniel W. Wolff - PHV   dwolff@crowell.com

And have delivered by U.S. mail, postage pre-paid, or by facsimile transmission this pleading to the following non-ecf counsel this 17th day of September, 2007.

Michael B. Gerrard - PHV
ARNOLD & PORTER, LLP - New York
399 Park Avenue
New York, NY 10022-4690

Felix Lebron - PHV
KIRKLAND & ELLIS, LLP - Los Angeles
777 South Figueroa Street
Los Angeles, CA 90017

Joseph R. Guerra - PHV
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, DC 20005

Rick Richmond - PHV
KIRKLAND & ELLIS, LLP - Los Angeles
777 South Figueroa Street
Los Angeles, CA 90017

Richard K. Welsh - PHV
KIRKLAND & ELLIS, LLP - Los Angeles
777 South Figueroa Street
Los Angeles, CA 90017

        s/ F. Gerald Maples
          F. Gerald Maples