# ABBOTT, SIMSES & KUCHLER

*A Professional Law Corporation*                                                                    *www.abbott-simses.com*

| | | | |
|---|---|---|---|
| 400 LAFAYETTE STREET | 5100 VILLAGE WALK | 1360 POST OAK BOULEVARD | 210 E. CAPITOL STREET |
| SUITE 200 | SUITE 200 | SUITE 1700 | SUITE 1090 |
| NEW ORLEANS, LOUISIANA 70130 | COVINGTON, LOUISIANA 70433 | HOUSTON, TEXAS 77056 | JACKSON, MISSISSIPPI 39201 |
| TELEPHONE: (504) 568-9393 | TELEPHONE: (985) 893-2991 | TELEPHONE: (713) 627-9393 | TELEPHONE: (601) 352-9393 |
| FAX: (504) 524-1933 | FAX: (985) 898-0383 | FAX: (713) 627-9395 | FAX: (601) 352-9066 |

REPLY TO COVINGTON OFFICE

LANNIE GWARTNEY

Admitted in Louisiana

LGwartney@abbott-simses.com

January 9, 2008



**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**JAN 1 4 2008**
J. T NOBLIN CLERK
BY_____DEPUTY

***Via U.S. Mail***
Wendy Duggan
Clerk of Court
2012 15th Street
Suite 403
Gulfport, MS 39501

Re:     **Ned Comer, *et al.* v. Murphy Oil, U.S.A., *et al.***
          **U.S. District Court, Southern District of Mississippi**
          **Civil Action No.: 1:05-cv-00436-LTS-RHW**
          **Our File No.: 0099-68902 and 0093-69038**

Dear Ms. Duggan:

Please be advised that we have sent the original record in the above-captioned matter to the United States Fifth Circuit Court of Appeals.

Please do not hesitate to contact me with any questions, comments, or concerns.

Very truly yours,

*Lannie Gwartney*

Lannie Gwartney, Esq.

LAG/rpg

CC:     Sarah Iiams, Esq.

JAN 1 4 2008

{W:\docs\clmatter\99\68902\corr\00029300.DOC}