

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 28, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 07-60756   Ned Comer, et al v. Murphy Oil USA, et al  
       USDC No. 1:05-CV-436

IT IS ORDERED that the appeal is dismissed in accordance with this Court's order of May 28, 2010.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____  
                           Peter A. Conners, Deputy Clerk  
                           504-310-7685

Mr. Lawrence E Abbott  
Mr. Mark C. Baker Sr.  
Mr. Kenneth W. Barton  
Mr. Timothy S. Bishop  
Mr. F. William Brownell  
Mr. Carl Dwight Campbell III  
Mr. Thomas Lynn Carpenter  
Mr. Brent L. Caslin  
Mr. Benjamin Melvin Castoriano  
Mr. Chad Matthew Clamage  
Mr. John Reed Clay Jr.  
Mr. Paul D. Clement  
Mr. Daniel Paul Collins  
Mr. William Spencer Consovoy  
Ms. Harriet Andrea Cooper  
Mr. John G. Corlew  
Mr. John F Daum  
Mr. Mark Wendell DeLaquil  
Mr. Sean Hoe Donahue  
Mrs. Tristan Layle Duncan  
Mr. Jonathan Paul Dyal  
Mr. Richard Oran Faulk  
Mr. Thomas E. Fennell  
Mr. Norman W. Fichthorn  
Mr. Richard L Forman  
Mr. Michael David Freeman  
Mr. Robert R Gasaway  
Mr. Michael B Gerrard

Mr. Robert Donald Gholson
Ms. Ellen J Gleberman
Ms. Donna L Goodman
Mr. John Stoetzer Gray
Mr. Justin Bishop Grewell
Mr. Louis Matthew Grossman
Mr. Jonathan D. Hacker
Mr. Edgar Robert Haden
Ms. Machelle Rae Lee Hall
Mr. Douglas Alton Henderson
Mr. James C. Ho
Mr. Kevin Patrick Holewinski
Ms. Mary S Johnson
Mr. Peter D. Keisler
Mr. Charles Stephen Kelley
Mr. Kenneth Kiyul Lee
Mr. Robert Allen Long Jr.
Mr. Manuel Lopez
Mr. William B. Lovett Jr.
Mr. Raymond Bernard Ludwiszewski
Mr. F. Gerald Maples
Mr. Jonathan Lawrence Marsh
Mr. David Lee Martindale
Mr. James Robert May
Ms. Shellye V McDonald
Mr. Thomas M. McNamara
Mr. Robert E Meadows
Ms. Nancy Gordon Milburn
Mr. Kerry J Miller
Ms. Kelly Marie Morrison
Mr. J T Noblin
Mr. William F. Northrip
Mr. Ronald G Peresich
Mr. Michael Raudon Phillips
Mr. Shawn Patrick Regan
Ms. Tracie Jo Renfroe
Mr. Michael L Rice
Mr. Rick Richmond
Mr. Raymond Michael Ripple
Mr. David Boris Rivkin Jr.
Ms. Tracy Roman
Mr. Charles Edwin Ross
Mr. Richard Patrick Salloum
Mr. Damien Michael Schiff
Mr. Andrew Layton Schlafly
Mr. Ilya Shapiro
Mr. Cary Silverman
Mr. Edwin Warren Small
Mrs. Kathy K. Smith
Ms. Kathleen Taylor Sooy
Mr. Quin Mikael Sorenson
Mr. Ben H Stone
Mr. James Patrick Sullivan
Mr. Paul C Thibodeaux
Ms. Karen Bryant Tripp
Mr. Luke Anthony Wake
Mr. Benjamin McRae Watson
Mr. William Lee Watt
Mr. John Gwin Wheeler

Mr. Michael Edward Whitehead
Mr. Anthony Michael Williams
Mr. Scott L. Winkelman
Ms. Allison D. Wood
Mr. Herbert L. Zarov
Mr. Carlos A. Zelaya II

P.S. to All Counsel: In light of the Court's order of this date, all pending motions have been declared moot.

*Motion Notice - MOT-2*